IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE**: | : | Bankruptcy No. **23-13585** |
| | : | |
| Michele Leigh Boyles, and | : | Chapter 13 |
| | : | |
| David Lee Boyles | : | |
| | : | |
| Debtor(s). | : | |

## MOTION TO CONVERT DEBTORS CASE FROM CHAPTER 13 TO CHAPTER 7

**AND NOW** comes the Debtor(s), Michele Leigh Boyles and David Lee Boyles, by and through their attorney, Walter A. Bernard, and files the within Motion to Convert Debtors' Chapter 13 Case to Chapter 7, pursuant to 11 U.S.C. § 1307(a), and in support thereof avers as follows:

1. On __**November 28, 2023**__, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

3. Debtor(s) after further investigation, realized that they satisfy the means test and are eligible for conversion from Chapter 13 to Chapter 7.

WHEREFORE, the Debtor(s) herein prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **December 12, 2023**     Respectfully submitted,     /s/ Walter A. Bernard, Esquire
Walter A. Bernard, Esquire
PA ID 321994

**Law Offices of Walter A Bernard**

**1150 1st Ave Suite 531**
**King of Prussia, PA 19406**
**215.261. 7423**

**100 S Commons Ste 102**
**Pittsburgh, PA 15212**
**412-206-9498**
**walt@waltbernardlaw.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**:                                      :         Bankruptcy No. **23-13585**
                                                :
  Michele Leigh Boyles, and           :         Chapter 13
                                                :
  David Lee Boyles                    :
                                                :
  Debtor(s).                          :

# **ORDER**

AND NOW on this _____ day of _____, 2023, upon consideration of the Motion to Convert Debtors' Chapter 13 Case to a Chapter 7, filed by the Debtors, and upon good cause shown, it is hereby ordered and directed that Debtors' Case is converted to a Chapter 7.

                                                BY THE COURT:

                                                _____J.