# EXHIBIT 2

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
720 W Mount Vernon St
Lansdale, PA 19446

## FOR
Michele Boyles
720 W Mt. Vernon St
Landsdale, PA 19446

## OPINION OF VALUE
290,000

## AS OF
03/14/2024

## BY
Christopher K. Bourland, MAI
JB Real Estate Valuation & Advisory, LLC
30 S Valley Rd, Suite 304C
Paoli, PA 19301
(610) 234-2211 x700
chris@jbvaluation.com



JB Real Estate Valuation & Advisory, LLC
30 S Valley Rd, Suite 304C
Paoli, PA 19301
(610) 234-2211 x700

Michele Boyles
720 W Mt. Vernon St
Landsdale, PA 19446

Re: Property:      720 W Mount Vernon St
                   Lansdale, PA 19446
    Borrower:      N/A
    File No.:      R243345

Opinion of Value: $   290,000
Effective Date:       03/14/2024

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Christopher K. Bourland, MAI
License or Certification #: GA003989
State: PA        Expires: 06/30/2025
chris@jbvaluation.com

# Uniform Residential Appraisal Report

**File #** R243345

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 720 W Mount Vernon St | City Lansdale | State PA | Zip Code 19446 |

Borrower N/A  Owner of Public Record Boyles David L & Michele L  County Montgomery

Legal Description Lansdale Borough  MAP# 63  BLK# 7593E4  LOT# 29

Assessor's Parcel # 11-00-11352-00-4  Tax Year 2024  R.E. Taxes $ 5,693

Neighborhood Name Lansdale  Map Reference 33874  Census Tract 2009.07

Occupant ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ 0  ☐ PUD  HOA $ 0  ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market Value

Lender/Client Michele Boyles  Address 720 W Mt. Vernon St, Landsdale, PA 19446

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). BrightMLS

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | | One-Unit | 75 % |
| Built-Up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | | 2-4 Unit | 5 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 280 Low | 33 | | Multi-Family | 5 % |
| | | | | | | | | 485 High | 123 | | Commercial | 5 % |
| | | | | | | | | 415 Pred. | 73 | | Other | 10 % |

Neighborhood Boundaries Route 63 (North) Sumneytown Pike (South) Allentown Rd (West) Route 309 (East)

Neighborhood Description The neighborhood predominantly consists of single-family dwellings on lots smaller than one acre. Secondary uses in the neighborhood include multi-family, apartments, retail/commercial, institutional, and vacant undeveloped land. The neighborhood has adequate access to employment centers, shopping and major highways. Note that the 10% "Other" present land use represents institutional uses and vacant undeveloped

Market Conditions (including support for the above conclusions) Property values appear to be stable at this time. Marketing time is noted to be under 3 months. Loan discounts, interest buydowns, and seller concessions are noticeable in some areas, but not prevalent, in order to stimulate sales.

## SITE

| | | | |
|---|---|---|---|
| Dimensions 50 x 144 | Area 7200 sf | Shape Rectangular | View N;Res; |

Specific Zoning Classification RA  Zoning Description Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe See Addendum

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley Asphalt - Rear | ☒ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 42091C0256G  FEMA Map Date 03/02/2016

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

I have not checked the land records for recorded easements and have reported only apparent easements, encroachments and other apparent adverse conditions.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls Stone/Avg | | Floors HW,Cpt,Tile/Avg | |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls Stone,Wood/Avg | | Walls Plaster/Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 747 sq.ft. | | Roof Surface Slate,AshShgle/Poor | | Trim/Finish Wood/Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Alum/Avg | | Bath Floor Tile/Avg | |
| Design (Style) Craftsman | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type VinylDH/Avg | | Bath Wainscot Tile/Avg | |
| Year Built 1930 | | Evidence of ☐ Infestation | | Storm Sash/Insulated Thermo/Avg | | Car Storage ☐ None | |
| Effective Age (Yrs) 25 | | ☐ Dampness ☐ Settlement | | Screens Yes/Avg | | ☒ Driveway # of Cars 2 | |
| Attic ☒ None | | Heating ☐ FWA ☐ HWBB ☒ Radiant | | Amenities | | Driveway Surface Paved | |
| ☐ Drop Stair ☒ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence Vinyl | | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | | Cooling ☐ Central Air Conditioning | | ☐ Patio/Deck None ☐ Porch Front | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☒ Other MiniSplt | | ☐ Pool None ☐ Other None | | ☐ Att. ☒ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area **above** grade contains: 7 Rooms  3 Bedrooms  1.1 Bath(s)  1,666 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). The subject property has no additional features.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C5;Kitchen-remodeled-timeframe unknown;Bathrooms-not updated;The improvements feature obvious deferred maintenance and are in need of some significant repairs. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence. Many of the short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # R243345

There are **0** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **0** to $ **0** .

There are **28** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **280,000** to $ **485,000** .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 720 W Mount Vernon St Lansdale, PA 19446 | 435 W Mount Vernon St Lansdale, PA 19446 | | 630 W Mount Vernon St Lansdale, PA 19446 | | 940 Columbia Ave Lansdale, PA 19446 | |
| Proximity to Subject | | 0.25 miles SE | | 0.07 miles SE | | 0.19 miles N | |
| Sale Price | $ | | $ 315,000 | | $ 435,000 | | $ 400,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 211.27 sq.ft. | | $ 225.97 sq.ft. | | $ 156.56 sq.ft. | |
| Data Source(s) | | BRIGHT#PAMC2079006;DOM 27 | | BRIGHT#PAMC2091590;DOM 3 | | BRIGHT#PAMC2089982;DOM 10 | |
| Verification Source(s) | | Tax Assessment Records | | Tax Assessment Records | | Tax Assessment Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | | ArmLth Cash;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s09/23;c08/23 | | s01/24;c12/23 | | s01/24;c12/23 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7200 sf | 6577 sf | 0 | 8640 sf | 0 | 11250 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Craftsman | DT2;Cape | 0 | DT2;Cape | 0 | DT2;Craftsman | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 94 | 123 | 0 | 89 | 0 | 87 | -40,000 |
| Condition | C5 | C5 | | C3 | -87,000 | C4 | -40,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 7 / 3 / 1.1 | 6 / 3 / 1 | +10,000 | 7 / 3 / 1.1 | 0 | 9 / 6 / 1.1 | 0 |
| Gross Living Area | 1,666 sq.ft. | 1,491 sq.ft. | +9,625 | 1,925 sq.ft. | -14,245 | 2,555 sq.ft. | -48,895 |
| Basement & Finished Rooms Below Grade | 747sf0sfwu | 728sf0sfwu | 0 | 1155sf0sfin | 0 | 1000sf0sfin | 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Rad/MiniSplt | HW/None | +5,000 | Rad/None | +5,000 | HW/None | +5,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2gd2dw | 2gd2dw | | 2gd2dw | | 2gd2dw | |
| Porch/Patio/Deck | Porch | Porches | 0 | Porch | | Porch | |
| Fireplace | 1 Fireplace | None | 0 | 1 Fireplace | | 1 Fireplace | |
| Cost-to-Cure | Roof/Sewer | None | -60,000 | None | -60,000 | None | -60,000 |
| Property renovation/remodel | Ren. Kitchen | Original/Bath | +10,000 | None | +20,000 | None | +20,000 |
| Net Adjustment (Total) | | [ ] + [X] - $ | -25,375 | [ ] + [X] - $ | -136,245 | [ ] + [X] - $ | -123,890 |
| Adjusted Sale Price of Comparables | | Net Adj. 8.1 % Gross Adj. 30.0 % $ | 289,625 | Net Adj. 31.3 % Gross Adj. 42.8 % $ | 298,755 | Net Adj. 31.0 % Gross Adj. 43.5 % $ | 276,105 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) **BrightMLS and Tax Assessment Records**

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) **BrightMLS and Tax Assessment Records**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | BrightMLS/Tax Records | BrightMLS/Tax Records | BrightMLS/Tax Records | BrightMLS/Tax Records |
| Effective Date of Data Source(s) | 03/25/2024 | 03/25/2024 | 03/25/2024 | 03/25/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales    My research did not reveal any prior sales of the subject property within the past three years or comparable sales within the prior year.

Summary of Sales Comparison Approach    After a thorough search of the subject's immediate market area, and similar market areas for settled sales, current listings, or pending sales, as well as older sales in the subject's market area, the comparables selected for their similarity to the subject, with appropriate adjustments, and were considered to be among the best available at this time. After adjustments, the comparables fall within a bracketed range of value that supports the estimated market value of the subject. Comparables #1 and #2 garnered the most weight in reconciliation of the sales comparison approach due to their physical and/or locational similarity to the subject property.

Indicated Value by Sales Comparison Approach $ **290,000**

Indicated Value by: Sales Comparison Approach $ **290,000**    Cost Approach (if developed) $    Income Approach (if developed) $

Income approach lacks rationale as typical homes in this area are purchased for use and not income. The sales comparison approach best reflects typical buyers and sellers in the marketplace, and is considered the best indicator of the subject's market value.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **290,000** , as of **03/14/2024** , which is the date of inspection and the effective date of this appraisal.

*SALES COMPARISON APPROACH*

*RECONCILIATION*

# Uniform Residential Appraisal Report

**File #** R243345

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 720 W Mount Vernon St Lansdale, PA 19446 | 600 Delaware Ave Lansdale, PA 19446 | | 310 Vine St Lansdale, PA 19446 | | 507 W Mount Vernon St Lansdale, PA 19446 | |
| Proximity to Subject | | 0.16 miles SE | | 0.48 miles E | | 0.22 miles SE | |
| Sale Price | $ | | $ 415,000 | | $ 280,000 | | $ 392,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 290.21 sq.ft. | | $ 197.18 sq.ft. | | $ 247.01 sq.ft. | |
| Data Source(s) | | Bright #PAMC2084084;DOM 29 | | BRIGHT#PAMC2083638;DOM 6 | | BRIGHT#PAMC2074936;DOM 5 | |
| Verification Source(s) | | Tax Assessment Records | | Tax Assessment Records | | Tax Assessment Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;10000 | -10,000 | Conv;8400 | -8,400 | Conv;0 | |
| Date of Sale/Time | | s12/23;c10/23 | | s11/23;c09/23 | | s08/23;c07/23 | |
| Location | N;Res; | N;Res; | | A;Comm; | +14,000 | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7200 sf | 9,360 sf | 0 | 1925 sf | +6,055 | 6696 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Craftsman | DT2;Cape | 0 | DT2;Colonial | 0 | DT2;Colonial | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 94 | 74 | 0 | 98 | 0 | 108 | 0 |
| Condition | C5 | C4 | -41,500 | C5 | | C4 | -39,200 |
| Above Grade | Total \| Bdrms. \| Baths | Total \| Bdrms. \| Baths | | Total \| Bdrms. \| Baths | | Total \| Bdrms. \| Baths | |
| Room Count | 7 \| 3 \| 1.1 | 6 \| 3 \| 1.0 | +10,000 | 7 \| 3 \| 1.1 | | 7 \| 4 \| 2.0 | -10,000 |
| Gross Living Area | 1,666 sq.ft. | 1,430 sq.ft. | +12,980 | 1,420 sq.ft. | +13,530 | 1,587 sq.ft. | 0 |
| Basement & Finished | 747sf0sfwu | 1430sf0sfwo | 0 | 0sf | +10,000 | 750sf0sfin | 0 |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Rad/MiniSplt | HW/CAC | -20,000 | FWA/None | +5,000 | HW/None | +5,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2gd2dw | 1dw | +20,000 | 2dw | +20,000 | 2gd2dw | |
| Porch/Patio/Deck | Porch | Deck | 0 | Patio | 0 | Porch | |
| Fireplace | 1 Fireplace | None | 0 | None | 0 | None | 0 |
| Cost-to-Cure | Roof/Sewer | None | -60,000 | None | -60,000 | None | -60,000 |
| Property renovation/remodel | Ren. Kitchen | Remod/Kit/Bath | -10,000 | Original/Bath | +10,000 | None | +20,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | -98,520 | ☒ + ☐ - | 10,185 | ☐ + ☒ - | -84,200 |
| Adjusted Sale Price | | Net Adj. 23.7 % | | Net Adj. 3.6 % | | Net Adj. 21.5 % | |
| of Comparables | | Gross Adj. 44.5 % $ | 316,480 | Gross Adj. 52.5 % $ | 290,185 | Gross Adj. 34.2 % $ | 307,800 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | BrightMLS/Tax Records | BrightMLS/Tax Records | BrightMLS/Tax Records | BrightMLS/Tax Records |
| Effective Date of Data Source(s) | 03/25/2024 | 03/25/2024 | 03/25/2024 | 03/25/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

# Uniform Residential Appraisal Report

| ADDITIONAL COMMENTS |
|---|

See attached addenda.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The estimated site value as given is derived from
one of two methods: a) sales of similar sites in the subject market area, or similar competing market areas, with appropriate supported adjustments in
regards to size, amenities, utilities, etc.; or b) extraction of land value where land sales are not prevalent.

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................... =$   125,000 |
| Source of cost data | DWELLING                    Sq.Ft. @ $ ........ =$ |
| Quality rating from cost service          Effective date of cost data | Sq.Ft. @ $ ........ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ........ =$ |
| The cost approach is most reliable when appraising new or recently | Garage/Carport          Sq.Ft. @ $ ........ =$ |
| constructed properties.  For the subject property, the cost approach was | Total Estimate of Cost-New ........ =$ |
| deemed unreliable, as the accrued physical and functional depreciation | Less          Physical        Functional        External |
| associated with the age of the improvements is difficult to quantify. | Depreciation                                =$(          ) |
| | Depreciated Cost of Improvements ........................... =$ |
| | "As-is" Value of Site Improvements ........................... =$ |
| Estimated Remaining Economic Life (HUD and VA only)          30 Years | INDICATED VALUE BY COST APPROACH ..................... =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | |
|---|---|
| Estimated Monthly Market Rent $          X Gross Rent Multiplier          = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | |

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?     ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?     ☐ Yes   ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?     ☐ Yes   ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?     ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?     ☐ Yes   ☐ No  If No, describe the rental terms and options.

Describe common elements and recreational facilities.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011     Page 3 of 6 | Fannie Mae Form 1004 March 2005 |

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Christopher K. Bourland, MAI | Name |
| Company Name   JB Real Estate Valuation & Advisory, LLC | Company Name |
| Company Address   30 S Valley Rd, Suite 304C | Company Address |
| Paoli, PA 19301 | |
| Telephone Number   (610) 234-2211 x700 | Telephone Number |
| Email Address   chris@jbvaluation.com | Email Address |
| Date of Signature and Report | Date of Signature |
| Effective Date of Appraisal   03/14/2024 | State Certification # |
| State Certification #   GA003989 | or State License # |
| or State License # | State |
| or Other (describe)                       State # | Expiration Date of Certification or License |
| State   PA | |
| Expiration Date of Certification or License   06/30/2025 | **SUBJECT PROPERTY** |

**ADDRESS OF PROPERTY APPRAISED**

720 W Mount Vernon St

Lansdale, PA 19446

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
      Date of Inspection
☐ Did inspect interior and exterior of subject property
      Date of Inspection

APPRAISED VALUE OF SUBJECT PROPERTY $          290,000

**LENDER/CLIENT**

Name   No AMC

Company Name   Michele Boyles

Company Address   720 W. Mt. Vernon St, Lansdale, PA 19446

Email Address

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
      Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.


Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Quality Ratings and Definitions (continued)

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
## (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

File No. R243345

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 720 W Mount Vernon St    City Lansdale    State PA    ZIP Code 19446

Borrower N/A

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 15 | 9 | 4 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 2.50 | 3.00 | 1.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 1 | 1 | 0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0.4 | 0.3 | 0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 420,000 | 390,000 | 435,500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 5 | 7 | 16.5 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 399,900 | 475,000 | 0 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 74 | 107 | 0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 106.29 | 100 | 99.52 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    bright MLS indicates there were 28 closed sales during the past 12 months and 5 of those sales contained seller concessions which is 18% of the total transactions in this market area. Prior Months 7-12: 15 Sales; 0 with concessions; 0% of sales for this period. 4-6: 9 Sales; 2 with concessions; 22% of sales for this period. 0-3: 4 Sales; 3 with concessions; 75% of sales for this period. The concessions ranged between $2,000 and $10,000. The median concession amount is $7,400.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    BrightMLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

Note that the total number of Comparable Active Listings is based on listings that were on the market on the end date of the specified time periods above.  Sales activity in the neighborhood has remained relatively stable over the last twelve months. Current sale and listing prices appear to be stable, notwithstanding typical seasonal fluctuations. Typical marketing times are under three months.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

Signature    Signature

Appraiser Name    Christopher K. Bourland, MAI    Supervisory Appraiser Name

Company Name    JB Real Estate Valuation & Advisory, LLC    Company Name

Company Address    30 S Valley Rd, Suite 304C, Paoli, PA 19301    Company Address

State License/Certification #    GA003989    State PA    State License/Certification #    State

Email Address    chris@jbvaluation.com    Email Address

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Supplemental Addendum

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |

• URAR: Site - Highest and Best Use
The subject is a legally permissible use based on its current zoning. Also, the lot size, shape and land-to-building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing use of the subject property as a single-family residence is its financially feasible and maximally productive use.

• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach
PLEASE NOTE: Information relating to the comparables utilized in this report has been taken from the appropriate MLS records for the respective comparables. Information not available in the normal course of business that relates to the respective comparables (basement square footage, percentage of basement finish, basement access), or information that was not contained in the respective MLS records as it relates to these items has been estimated based on the appraiser's knowledge of the area and past experience with other similar properties. Based on these estimations due to the lack of specific information, an adjustment based on estimates carry a lower level of credibility than adjustments based on known information in this report.

PLEASE NOTE: A list to sale ratio adjustment has been taken at the top of the market grid on all active / pending comparables based on the sales ratios noted for the area in which the active / pending comparable is located.

• URAR: Additional Comments
PLEASE NOTE: Some or all of the comparable photos may be derived from available MLS and/or online sources. Use of an MLS and/or online photo may be due to one of three reasons:
1) People within the picture at time of the street inspection
2) MLS photos best represent the condition of the subject at time of the sale of the comparable due to subsequent changes to the comparable
3) Comparable is unable to be seen from the street
The use of MLS and/or online photos for comparable sales has no effect on the opinion of market value for the subject, and are only considered as a final solution. The appraiser has inspected each of the comparable sales from the street.

No employee, director, officer or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner in behalf of the lender has influenced or attempted to influence the development, reporting, result or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.

The subject property is located approximately 17 miles from my office. This assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subject's market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and the location involved. Such understanding will not be imparted solely from a consideration of specific data such as demographics, costs, sales and rentals. The necessary understanding of local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental.

PLEASE NOTE:  The above-grade gross living area (GLA) of Comparable #3 varies from the subject property by more than 25%.  It was necessary to utilize this comparable sale due to a lack of recent sales of comparable properties that are more similar in size to the subject.  All comparables are considered to be the BEST AVAILABLE at the time of this report.

PLEASE NOTE:  The actual age of Comparable #1 varies from the subject property by more than 30%.  It was necessary to utilize this comparable sale due to a lack of recent sales of comparable properties that are more similar in age to the subject.  However, my research indicates that prospective purchasers in the subject's market area primarily respond to differences in effective age, rather than chronological age; as such, no adjustment is necessary for actual age.  Note that the "Condition" line of the sales grid addresses any differences between the subject and the comparables in terms of effective age. All comparables are considered to be the BEST AVAILABLE at the time of this report.

Individual adjustments were required that exceeded 10%. These adjustments were required due to the lack of more similar comparables on that individual feature. All comparables are considered to be the BEST AVAILABLE at time of this report.

Total (net) adjustments were required that exceeded 15%. This is due to the lack of comparable sales that were more representative of the subject improvements. All comparables are considered to be the BEST AVAILABLE at time of this report.

Gross adjustments were required that exceeded 25%. This is due to the lack of comparable sales that were more representative of the subject improvements. All comparables are considered to be the BEST AVAILABLE at time of this report.

Please note:  Notwithstanding that the concluded opinion of value for the subject property is below the predominant housing price noted in the neighborhood section of this report, the subject property is not considered to be an under-improvement.  As evidenced by the comparable sales presented herein, it appears that there is sufficient demand in the market for properties that are below the predominant housing price for the neighborhood; as such, this does not appear to impact the marketability of the subject property.

Please note: GLA size differences were accounted for with an adjustment of $55/sf. Site size differences were accounted for with an adjustment of $50,000 per acre. A threshold of $5,000 was established for these adjustments.

Please note: The subject property is considered to be in C5 condition, while Comparables #3, #4 and #6 are considered to be in C4 condition. In order to account for difference in condition, a 10% downward adjustment was applied to these comparables. Sale #2 received a 20% downward adjustment for condition.

# Supplemental Addendum

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |

Please note: At the time of inspection the subject featured a renovated kitchen, an adjustment has been made to comparable sales that do not feature similar updates/remodels. An adjustment for kitchen has been made for $20,000. The subject's bathrooms are dated and comparable sales with updated bathrooms received $10,000 downward adjustments.

Please note: The subject property features significant deferred maintenance particularly the roof and sewer line require repair. Ownership provided the undersigned with contractor repair estimates for the roof and sewer line. The roof repair estimate was esimated to cost $12,800 and the sewer line replacement was estimated to cost $35,790. The undersigned has made a cost-to-cure deduction, which accounts for these repairs as well as a 20% entreprenurial incentive. The below table is a summary of the cost-to-cure estimate deduction.

### Cost to Cure Estimate

| Description | | Estimate |
|---|---|---|
| Roof Repair | | $12,800 |
| Sewer Line Repair | | $35,790 |
| Subtotal | | $48,590 |
| Entreprenurial Incentive | @ 20% | $9,718 |
| Total | | $58,308 |
| Total Rounded | | $60,000 |

It is noted that the subject's overall C-5 condition quality accounts for the general condition of the property. The flooring, plaster, knob & tube wiring, wood siding and other components of the dwelling which are near the end of the economic life have been accounted for in the condition rating. Upon completion of the repairs identified above, the subject's condition would remain C5 with a renovated kitchen as noted on the sales comparison grid.

Please note that the appliances identified in the Improvements section on URAR Page 1 are physically attached to the dwelling, and are therefore considered to be part of the real estate. Any appliances that are not physically attached to the structure (e.g. Refrigerator, Washer/Dryer) are considered to be personal property, and have not been included in this real estate appraisal; as such, these appliances are not identified in the Improvements section on URAR Page 1.

**The undersigned has adhered to measurement protocols pursuant to the Z765-2021 Measurement Standard set forth by the American National Standards Institute (ANSI) for single-family residential buildings. Measurements were made to the nearest tenth of a foot.**

# Supplemental Addendum

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |

## EXPLANATION OF ADJUSTMENTS

The comparable sales presented on the sales grid with the subject property are adjusted for several elements of comparison, which are described below. Please note that all adjustments utilized herein are derived via one or more of the following methods: Paired Sales Analysis; Regression Analysis; Segregated Cost Analysis; and Appraiser's Field Experience.

## Conditions of Sale

This category considers factors that may have impacted the sale price due to motivations by the buyer or seller, or other transactional conditions that influence sale prices. For example, it is common for buyers of neighboring properties to pay a premium to control adjacent properties. In these cases, the prices may be superior to the subject. As another example, listings regularly exhibit higher asking prices than their ultimately achieved sale prices. Therefore, listings will often require a downward adjustment to account for conditions of sale.

## Financing

This category accounts for atypical financing arrangements for comparable sales. The subject property is appraised in terms of cash in US dollars or in terms of financial arrangements comparable thereto.

## Market Trends

This category accounts for changing market conditions from the date of each comparable sale to the effective date of this appraisal. For example, sales that occurred during a weaker market may require an upward adjustment to account for inferior market conditions.

## Location

This category is based on the relative strength of the surrounding land uses, accessibility to major activity centers and access ways, strength of local economy and amount of competition.

## Property Rights

This category accounts for different property rights between the subject and the comparable sales.

## Site Area

This category addresses differences in land area. Properties with higher land are generally superior to those with less land area.

## View

This category addresses differences in the overall view from the dwelling and/or site. For example, a property with a beneficial view (water, golf course, residential, wooded, etc.) or a negative view (industrial uses, power lines, etc.).

## Design (Style)

This element of comparison addresses differences between the comparable sales and the subject in the overall appeal of the dwelling type. For example, in a market where Victorian dwellings are highly demanded a Victorian-style dwelling might be rated as superior to a colonial-style home. This category addresses the dwelling type only, and does not account for differences in functional utility or construction quality.

## Construction Quality

This element of comparison addresses differences between the comparable sales and the subject in the overall construction quality of the improvements. For example, an individually designed dwelling featuring high-quality materials, workmanship, exterior refinements and interior finishes might be rated as superior to a dwelling featuring a plain design and basic refinements and finishes.

## Construction Date

This category accounts for differences between the comparable sales and the subject in terms of construction date.

## Condition

This category accounts for differences between the comparable sales and the subject in terms of overall property condition. For example, a newer, better maintained comparable sale may require a downward adjustment to account for its superior condition relative to the subject.

## Room Counts

These elements of comparison account for differences between the comparable sales and the subject in the number of above-grade rooms, bedrooms, full bathrooms and half bathrooms. No adjustments are necessary for number of above- grade rooms or bedrooms, as differences in these categories are addressed by the gross living area adjustment.

## Above-grade (Gross) Living Area

This category accounts for differences between the comparable sales and the subject in gross living area (GLA), which is the "total area of finished, above-grade residential space; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area.)

| Borrower/Client | N/A |
|---|---|
| Property Address | 720 W Mount Vernon St |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles |

Basement & Finished Rooms Below Grade

These categories account for differences between the comparable sales and the subject property in basement type, means of egress, level of finish and rooms below grade. For example, if the subject property has a full basement and the comparable sale has a partial basement, then the comparable may be inferior to the subject. Likewise, a property with a finished basement may be superior to one with an unfinished basement. Adjustments are then made for below-grade finished rooms that add greater utility than typical finished area, such as bathrooms and kitchens. For example, if the subject property has a fully finished basement with a recreation room and a craft room, and the comparable sale has a fully finished basement with a recreation room, kitchen and half bath, then the comparable may be rated as superior to the subject.

Functional Utility

This element of comparison accounts for the usability of the property for its highest and best use. In residential dwellings, a number of elements are considered, including but not limited to floorplan functionality, room types and sizes, ceiling height, and adequacy and functionality of utilities.

Heating / Cooling

This category accounts for differences between the comparable sales and the subject in HVAC system types. For example, a property with central air conditioning may be superior to one without central air.

Energy Efficiency

This element of comparison addresses differences between the comparable sales and the subject in overall energy efficiency. Energy-saving items such as solar panels, HVAC systems, insulation and windows are considered.

Miscellaneous Amenities

These categories account for differences between the comparable sales and the subject property in number of fireplaces, number of garage/carport spaces, off-street and on-street parking adequacy, exterior amenities and accessory improvements.

# Supplemental Addendum

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |

APPRAISAL INSTITUTE CERTIFICATION STATEMENT

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Practice*.
- I have made a personal inspection of the property that is the subject of this report.
- Jonathan C. Green has provided significant real property appraisal assistance to the person signing this certification.
- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- As of the date of this report, I Christopher K. Bourland, MAI have completed the continuing education program for Designated Members of the Appraisal Institute.
- As of the date of this report, I Christopher K. Bourland, MAI have completed the Standards and Ethics Education Requirements for Candidates of the Appraisal Institute.

# USPAP ADDENDUM

File No. R243345

| | |
|---|---|
| Borrower | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| Lender | Michele Boyles |

County Montgomery  State PA  Zip Code 19446

---

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

---

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     30 to 90 days

---

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

---

**Additional Comments**

Please note that "Exposure Time" is defined as "The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal." (Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th Edition)

---

**APPRAISER:**

Signature: _____

Name: Christopher K. Bourland, MAI

Date Signed: _____

State Certification #: GA003989

or State License #: _____

State: PA

Expiration Date of Certification or License: 06/30/2025

Effective Date of Appraisal: 03/14/2024

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____

Name: _____

Date Signed: _____

State Certification #: _____

or State License #: _____

State: _____

Expiration Date of Certification or License: _____

Supervisory Appraiser Inspection of Subject Property:

☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

# Subject Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |



**Subject Front**

720 W Mount Vernon St

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,666 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7200 sf |
| Quality | Q3 |
| Age | 94 |



**Subject Rear**



**Subject Street**

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |



**Rear Alley**



**Living Room**



**Breakfast Area**



**Kitchen**



**Mudroom**



**Half Bath**

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |



**Bedroom**



**Bedroom**



**Bedroom**



**Bath**



**Unfinished Basement**



**Detached Garage**

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| Lender | Michele Boyles |

| County | Montgomery | State | PA | Zip Code | 19446 |
|---|---|---|---|---|---|



**Garage Interior**



**Knob and tube wiring**



**Knob and tube wiring**



**Evidence of mold**



**Evidence of mold**



**Evidence of mold**

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |



**Mold and fixture damage**



**Window frame damage**



**Potential water/mold in basement**



**Damaged roof and fascia**



**Damaged roof and fascia**



**Exterior wood damage**

# Photograph Addendum

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |



**Roof damage**



**Roof/gutter damage**



**Roof soffit/gutter damage**



**Damaged roof and fascia**

# Aerial Map

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |



# Location Map

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |



# Flood Map

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |



**InterFlood** by a la mode

Prepared for: JB Real Estate Valuation & Advisory, LLC
720 W Mount Vernon St
Lansdale, PA 19446

**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: **42091C0256G**
Zone: **X**
Map Date: **March 02, 2016**
FIPS: **42091**

**MAP LEGEND**

Powered by CoreLogic®

Areas inundated by 500-year flooding

Areas inundated by 100-year flooding

Velocity Hazard

Protected Areas

Floodway

Subject Area

# Plat Map

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | |
| City | Lansdale | County | Montgomery | State  PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | |



Appraiser License - CKB



## E&O Insurance Certificate

Accelerant National Insurance Company
(A Stock Company)
400 Northridge Road, Suite 800
Sandy Springs, GA 30350

## REAL ESTATE PROFESSIONAL
## ERRORS AND OMISSIONS INSURANCE POLICY
## DECLARATIONS

### A Nonparticipating Policy

NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD.

PLEASE READ YOUR POLICY CAREFULLY.

Policy Number: NRE40PL100552-00          Renewal of: New

1. Named Insured: JB Real Estate Valuation & Advisory, LLC

2. Address: 30 S Valley Road Suite 304C
   Paoli, PA 19301

3. Policy Period:  From: July 17, 2023          To: July 17, 2024
   12:01 A.M. Standard Time at the address of the Named Insured as stated in item 2. Above.

4. Limit of Liability:
   A. Each Claim Limit of Liability        $ 1,000,000
   B. Policy Aggregate Limit of Liability  $ 1,000,000

5. Deductible:     $ 5,000          Each Claim

6. Policy Premium:    $ 2242

7. Retroactive Date: Full Prior Acts

8. Notice to Company: Notice of a Claim or Potential Claim should be sent to:
   OREP Insurance Services: info@orep.org
   6353 El Cajon Blvd, Suite 124-605
   San Diego, CA 92115

9. Program Administrator: OREP Insurance Services, LLC – info@orep.org

10. Forms and Endorsements Attached at Policy Inception: See Schedule of Forms

If required by state law, this policy will be countersigned by an authorized representative of the Company.

Date: July 5, 2023          By: _Isaac Peck_
                            Authorized Representative

# Comparable Photo Page

| Borrower/Client | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 720 W Mount Vernon St | | | | | | |
| City | Lansdale | County | Montgomery | State | PA | Zip Code | 19446 |
| Lender | Michele Boyles | | | | | | |



## Comparable 1

435 W Mount Vernon St

| | |
|---|---|
| Prox. to Subject | 0.25 miles SE |
| Sale Price | 315,000 |
| Gross Living Area | 1,491 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6577 sf |
| Quality | Q3 |
| Age | 123 |



## Comparable 2

630 W Mount Vernon St

| | |
|---|---|
| Prox. to Subject | 0.07 miles SE |
| Sale Price | 435,000 |
| Gross Living Area | 1,925 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8640 sf |
| Quality | Q3 |
| Age | 89 |



## Comparable 3

940 Columbia Ave

| | |
|---|---|
| Prox. to Subject | 0.19 miles N |
| Sale Price | 400,000 |
| Gross Living Area | 2,555 |
| Total Rooms | 9 |
| Total Bedrooms | 6 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 11250 sf |
| Quality | Q3 |
| Age | 87 |

# Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |
| Lender | Michele Boyles |



### Comparable 4

600 Delaware Ave

| | |
|---|---|
| Prox. to Subject | 0.16 miles SE |
| Sale Price | 415,000 |
| Gross Living Area | 1,430 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9,360 sf |
| Quality | Q3 |
| Age | 74 |



### Comparable 5

310 Vine St

| | |
|---|---|
| Prox. to Subject | 0.48 miles E |
| Sale Price | 280,000 |
| Gross Living Area | 1,420 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | A;Comm; |
| View | N;Res; |
| Site | 1925 sf |
| Quality | Q3 |
| Age | 98 |



### Comparable 6

507 W Mount Vernon St

| | |
|---|---|
| Prox. to Subject | 0.22 miles SE |
| Sale Price | 392,000 |
| Gross Living Area | 1,587 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6696 sf |
| Quality | Q3 |
| Age | 108 |

# Building Sketch

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 720 W Mount Vernon St |
| City | Lansdale |
| Lender | Michele Boyles |

| | |
|---|---|
| County | Montgomery |
| State | PA |
| Zip Code | 19446 |



Sketch by Apex Sketch

| | AREA CALCULATIONS SUMMARY | | | | | AREA CALCULATIONS BREAKDOWN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Description | Factor | Net Size | Perimeter | Net Totals | Name | Base x | Height x? | Width = | Area |
| GLA1 | First Floor | 1.0 | 919.0 | 127.0 | 919.0 | First Floor | | 28.2 x | 26.3 = | 741.7 |
| GLA2 | Second Floor | 1.0 | 747.3 | 109.4 | 747.3 | | | 19.7 x | 9.0 = | 177.3 |
| BSMT | Unfinished BSMT | 1.0 | 747.3 | 109.4 | 747.3 | Second Floor | | 28.2 x | 26.5 = | 747.3 |
| GAR | Garage | 1.0 | 672.0 | 106.0 | 672.0 | | | | | |
| P/P | Porch | 1.0 | 312.0 | 86.4 | 312.0 | | | | | |
| | Net LIVABLE | cnt | 2 | (rounded) | 1,666 | 3 total items | | | (rounded) | 1,666 |

© iLOOKABOUT (US) Inc. dba Apex Software