# EXHIBIT 3

## PARID: 110011352004
## BOYLES DAVID L & MICHELE L                    720 W MT VERNON ST

### Parcel

| | |
|---|---|
| TaxMapID | 11063 029 |
| Parid | 11-00-11352-00-4 |
| Land Use Code | 1101 |
| Land Use Description | R - SINGLE FAMILY |
| Property Location | 720 W MT VERNON ST |
| Lot # | 220 |
| Lot Size | 7200 SF |
| Front Feet | 50 |
| Municipality | LANSDALE |
| School District | NORTH PENN |
| Utilities | ALL PUBLIC// |

### Owner

| | |
|---|---|
| Name(s) | BOYLES DAVID L & MICHELE L |
| Name(s) | |
| Mailing Address | 720 W MT VERNON ST |
| Care Of | |
| Mailing Address | |
| Mailing Address | LANSDALE PA 19446 |

### Current Assessment

| Appraised Value | Assessed Value | Restrict Code |
|---|---|---|
| 135,330 | 135,330 | |

### Estimated Taxes

| | |
|---|---|
| County | 648 |
| Montco Community College | 53 |
| Municipality | 981 |
| School District | 4,011 |
| Total | 5,693 |
| Tax Lien | Tax Claim Bureau Parcel Search |

### Last Sale

| | |
|---|---|
| Sale Date | 13-NOV-1998 |
| Sale Price | $118,750 |
| Tax Stamps | 0 |
| Deed Book and Page | 5249-02234 |
| Grantor | |
| Grantee | BOYLES DAVID L & MICHELE L |
| Date Recorded | 24-NOV-1998 |