**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | CHAPTER 7 |
| **MICHELE LEIGH BOYLES** **And DAVID LEE BOYLES** | BANKRUPTCY NO. 23-13585 (MDC) |
| | *Honorable Ashely M. Chan* |
| **Debtors.** | |

**CONSENT MOTION TO WITHDRAW DEBTORS' BRIEF IN OPPOSITION**

Michele Leigh Boyles and David Lee Boyles (collectively, "Debtors" or "Movants"), respectfully move the Court to withdraw their *Brief in Opposition to Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry Of An Order (I) Authorizing the Sale of Residential Real Property Located at 720 West Mount Vernon Street, Landsdale, PA 19446 [TAX ID: 11-00-11352-004] Free and Clear Of All Liens, Claims and Encumbrances Pursuant To 11 U.S.C. § 363, (II) Authorizing The Compensation Of Real Estate Brokers Pursuant To 11 U.S.C. § 330 And (III) Granting The Request For a Waiver Of 14 Day Stay Pursuant to Fed. R. Bankr.P. 6004*, ("*Response in Opposition*") filed on June 24, 2024, without prejudice. See Debtors' Objection and Amended Document. (ECF No. 64 & 65).

On June 10, 2024, Trustee filed a Motion to Sell Property Free and Clear of Liens under Section 363(f). (ECF 62). Counsel for Debtors filed a response to the June 10, 2024 Motion on June 24, 2024. (ECF 64 & 65).

On June 25, 2024, Attorney Robert Seitzer ("Counsel for Trustee"), and Attorney for Debtors, the herein undersigned counsel, conferred as to some of the legal interpretations

contained within the *Response in Opposition*. After conferring with Attorney Seitzer, the undersigned counsel agreed that the *Response in Opposition* would either be amended or withdrawn in good faith. Upon information and belief, Counsel for Trustee is unopposed to Debtors withdrawing the *Response in Opposition*. Currently, pending before the court is a *Motion for Trustee to Abandon the Real Estate* (ECF 46), and is scheduled to be heard on or around July 24, 2024.

Debtors respectfully request that they may file a renewed response *to the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry Of An Order (I) Authorizing the Sale of Residential Real Property Located at 720 West Mount Vernon Street, Landsdale, PA 19446 [TAX ID: 11-00-11352-004] Free and Clear Of All Liens, Claims and Encumbrances Pursuant To 11 U.S.C. § 363, (II) Authorizing The Compensation Of Real Estate Brokers Pursuant To 11 U.S.C. § 330 And (III) Granting The Request For a Waiver Of 14 Day Stay Pursuant to Fed. R. Bankr.P. 6004*, ("*Response in Opposition*")  on or before July 5, 2024.

**RESPECTFULLY SUBMITTED,**

LAW OFFICES OF WALTER A. BERNARD

By: */s/ Walter A. Bernard, Esquire*
WALTER A. BERNARD, ESQUIRE
840 1st Ave Suite 400
King of Prussia, PA
(215) 261.7423
walt@waltbernardlaw.com
*Counsel for Debtors*

Dated July 2, 2024