IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
| --- | --- | --- |
| | : | |
| MICHELE LEIGH BOYLES | : | BANKRUPTCY NO. 23-13585(AMC) |
| and DAVID LEE BOYLES | : | |
| | : | |
| Debtors | : | |
| | : | |

## REPORT OF SALE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

**Residential Real Property Located at 720 West Mount Vernon Street, Lansdale, PA 19446 [Tax ID: 11-00-11352-004]**

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1. Pursuant to the Agreement of Sale by and between the Trustee and Lisanne, Steven Wayne Riley, Erik Riley and Kelsey Riley approved by Order of the Court dated July 31, 2024 [D.I. 76], the Trustee sold residential real property located at 720 West Mount Vernon Street, Lansdale, PA 19446 [Tax ID: 11-00-11352-004] (the "Property") for the gross sale price of $420,000.00.

2. The Trustee received net sale proceeds in the amount of $80,777.88 at closing on the Property and previously received a deposit in the amount of $10,000.00. As such, the Trustee realized net sale proceeds in the amount of $90,777.88 from the sale of the Property. A copy of the ALTA Combined Settlement Statement is attached hereto as Exhibit "A" and made a part hereof.

Respectfully submitted,

**KARALIS PC**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: August 12, 2024