**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re:  MICHELE LEIGH BOYLES | § | Case No. 23-13585-AMC |
| DAVID LEE BOYLES | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 11/28/2023. The case was converted to one under Chapter 7 on 12/13/2023. The undersigned trustee was appointed on 12/13/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          420,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 238,480.02 |
| Administrative expenses | 39,003.69 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 51,738.41 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 90,777.88 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2024 and the deadline for filing governmental claims was 05/28/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,663.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $21,663.08, for a total compensation of $21,663.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $37.48 for total expenses of $37.48[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2024                    By: /s/ Christine C. Shubert
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:** 23-13585-AMC

**Case Name:** MICHELE LEIGH BOYLES
DAVID LEE BOYLES

**For Period Ending:** 08/16/2024

**Trustee Name:** (500770) Christine C. Shubert

**Date Filed (f) or Converted (c):** 12/13/2023 (c)

**§ 341(a) Meeting Date:** 01/09/2024

**Claims Bar Date:** 05/09/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 720 W. Mt. Vernon Street, Lansdale, PA 19446<br>Report of Sale Doc. 78 | 260,000.00 | 110,369.92 | | 420,000.00 | FA |
| 2 | 2006 Dodge Durango, 150,000 miles | 1,638.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Dodge Grand Caravan, 80,000+ miles | 3,246.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 Nissian Pathfinder, 120,000+ miles | 840.00 | 0.00 | | 0.00 | FA |
| 5 | 2000 Honda CR-V, 117,000 miles | 1,255.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 Chevy Trailblazer, 127,000 miles | 1,617.00 | 0.00 | | 0.00 | FA |
| 7 | 1966 Buick Gran Sport, 150,000 miles | 683.00 | 0.00 | | 0.00 | FA |
| 8 | Household: standard misc living room furniture (1,000), dining room table(500), only frig is new in 2021(400). Washer/Dryer (300), stove (250). Bed and beeding (800) | 3,200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewlery: engagement ring and wedding ring (800). | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Animals: two dogs | 25.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Checking Account: Wells Fargo | 88.23 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Checking Account: Wells Fargo | 1,384.27 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Checking Account: Citizens Bank | 1,144.09 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: Savings Account: Wells Fargo | 35.55 | 35.55 | | 0.00 | FA |
| 15 | 401(k): Retirement 401K not in bankruptcy estate | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401(k): Not in bankruptcy estate | 0.00 | 0.00 | | 0.00 | FA |
| 17 | IRA: IRA Account not in bankruptcy estate | 0.00 | 0.00 | | 0.00 | FA |
| 18 | IRA, Prudential Financial, Philadelphia PA (49,000), not in the bankruptcy estate | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Int. in Ins. policies: Prudential Financial-Pruco Life Insurance Company, Term Life Insurance Policy Location: Newark, NJ | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:**  23-13585-AMC

**Case Name:**  MICHELE LEIGH BOYLES
DAVID LEE BOYLES

**For Period Ending:**  08/16/2024

**Trustee Name:**  (500770) Christine C. Shubert

**Date Filed (f) or Converted (c):**  12/13/2023 (c)

**§ 341(a) Meeting Date:**  01/09/2024

**Claims Bar Date:**  05/09/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Int. in Ins. policies: Prudential Financial-<br>Pruco Life Insurance Company, Term Life<br>Insurance Policy Location: Newark, NJ | 0.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$275,956.14** | **$110,405.47** | | **$420,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

There is significant equity in the real estate  - Trustee filed motion to compel access to the house and to engage a realtor - after obtaining a court order requiring access, the realtor was able to take photos of the interior and install a lock box.

Trustee listed house for sale and it is under agreement - motion to approve the sale is scheduled for July 31, 2024 -
updated 6/24

**Initial Projected Date Of Final Report (TFR):**  09/16/2024

**Current Projected Date Of Final Report (TFR):**  08/16/2024 (Actual)

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 23-13585-AMC | |
| **Case Name:** | MICHELE LEIGH BOYLES | |
| | DAVID LEE BOYLES | |
| **Taxpayer ID #:** | **-***3891 | |
| **For Period Ending:** | 08/16/2024 | |

| | |
|---|---|
| **Trustee Name:** | Christine C. Shubert (500770) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******0478 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/11/24 | {1} | Steven Wayne Riley, Lisanne, Erick and Kelsey Riley | receipt of Ernest money deposit for sale of 720 W. Mount Vernon Street, Lansdale, PA | 1110-000 | 10,000.00 | | 10,000.00 |
| 08/09/24 | | Bucks County Settlement Services LLC | INCOMING WIRE FROM BUCKS COUNT Y SETTLEMENT SERVIC ES LL 78168 9 - sale of 720 West Mount Vernon Street, Lansdale , PA | | 80,777.88 | | 90,777.88 |
| | {1} | | Gross Sales Price $420,000.00 | 1110-000 | | | |
| | | Other State and Local Taxes Other State and Local Taxes | City/Town Tax 8/9/24 to 1/1/25 $663.84 | 2820-000 | | | |
| | | Other State and Local Taxes Other State and Local Taxes | School Tax 8/9/24 to 7/1/25 $3,383.25 | 2820-000 | | | |
| | | | Payoff to Penn Community Bank -$135,223.26 | 4110-000 | | | |
| | | Citizens Bank N.A. Citizens Bank N.A. | Payoff to Citizens Bank of Pennsylvania -$103,256.76 | 4110-000 | | | |
| | | | Local Transfer Tax (Deed) to Montgomery County Recording Office -$2,100.00 | 2500-000 | | | |
| | | | State Retail Transfer Tax (Deed) to Montgomery County Recording Office -$2,100.00 | 2500-000 | | | |
| | | | Listing Agent Commission to RE/MAX of Reading -$12,600.00 | 3510-000 | | | |
| | | | Selling Agent Commission to Keller Williams Doylestown -$12,600.00 | 3510-000 | | | |
| | | Other State and Local Taxes Other State and Local Taxes | 2024 County/township taxes to James A. Hanratty -$1,850.25 | 2820-000 | | | |
| | | Other State and Local Taxes Other State and Local Taxes | 2024 School taxes need updated tax cert to James A. Hanratty -$3,798.81 | 2820-000 | | | |
| | | | Conveyancing Fee to Closing Pro -$295.00 | 2500-000 | | | |
| | | | Courier Fee(s) payoff Citizens to Closing Pro -$25.00 | 2500-000 | | | |
| | | | Document Preparation to Closing Pro -$150.00 | 2500-000 | | | |
| | | | Debtor's Exemption -$51,738.41 | 8100-002 | | | |

**Page Subtotals:**  $90,777.88    $0.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-13585-AMC | Trustee Name: | Christine C. Shubert (500770) |
|---|---|---|---|
| Case Name: | MICHELE LEIGH BOYLES | Bank Name: | TriState Capital Bank |
| | DAVID LEE BOYLES | Account #: | ******0478 Checking |
| Taxpayer ID #: | **-***3891 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/16/2024 | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | FedEx for Deed Package to Closing Pro<br><br>-$25.00 | 2500-000 | | | |
| | | | Final Electric to Lansdale Borough<br><br>-$441.38 | 2500-000 | | | |
| | | | Final Sewer to Lansdale Borough<br><br>-$120.38 | 2500-000 | | | |
| | | Other State and Local Taxes<br>Other State and Local Taxes | Final Water & Sewer to North Penn Water Authority<br><br>-$120.28 | 2820-000 | | | |
| | | | Reimburse for Certification to Bucks County Settlement Services, LLC<br><br>-$105.00 | 2500-000 | | | |
| | | | Release - Payoff Tracking fee to ReQuire<br><br>-$70.00 | 2500-000 | | | |
| | | Other State and Local Taxes<br>Other State and Local Taxes | Tax Claim to Montgomery County Tax Claim Bureau<br><br>-$6,589.68 | 2820-000 | | | |
| | | | Wire Fee(s) Proceeds and Payoff to Bucks County Settlement Services, LLC<br><br>-$60.00 | 2500-000 | | | |
| | {1} | | Excess Deposit<br><br>-$10,000.00 | 1110-000 | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 90,777.88 | 0.00 | $90,777.88 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 90,777.88 | 0.00 | |
| Less: Payments to Debtors | | | 51,738.41 | |
| NET Receipts / Disbursements | | $90,777.88 | -$51,738.41 | |

# Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-13585-AMC | **Trustee Name:** | Christine C. Shubert (500770) |
| **Case Name:** | MICHELE LEIGH BOYLES<br>DAVID LEE BOYLES | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******0478 Checking |
| **Taxpayer ID #:** | **-***3891 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 08/16/2024 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $90,777.88 |
| Plus Gross Adjustments: | $329,222.12 |
| Less Payments to Debtor: | $51,738.41 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $368,261.59 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0478 Checking | $90,777.88 | -$51,738.41 | $90,777.88 |
| | **$90,777.88** | **-$51,738.41** | **$90,777.88** |

## Exhibit C

## Analysis of Claims Register

### Case: 23-13585-AMC MICHELE LEIGH BOYLES AND DAVID LEE BOYLES

Claims Bar Date: 05/09/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Citizens Bank N.A. 1 Citizens Bank Way Mailstop JCA115 Johnston, RI 02919 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 12/05/23 | | $101,057.33 $103,256.76 | $103,256.76 | $0.00 |
| | Claim paid at closing | | | | | |
| Atty Exp | Karalis, PC 1900 Spruce Street Philadelphia, PA 19103 <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 08/16/24 | | $466.04 $466.04 | $0.00 | $466.04 |
| | 3/4/24 Order to employ | | | | | |
| Atty Fee | Karalis, PC 1900 Spruce Street Philadelphia, PA 19103 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 08/16/24 | | $16,699.50 $16,699.50 | $0.00 | $16,699.50 |
| | 3/4/24 Order to employ | | | | | |
| FEE | Christine C. Shubert 821 Wesley Ave Ocean City, NJ 08226 <2100-000 Trustee Compensation> , 200 | Administrative 08/12/24 | | $21,663.08 $21,663.08 | $0.00 | $21,663.08 |
| Tax | Other State and Local Taxes, <2820-000 Other State or Local Taxes (post-petition)> , 200 | Administrative 08/16/24 | | $0.00 $8,311.93 | $8,311.93 | $0.00 |
| TE | Christine C. Shubert 821 Wesley Ave Ocean City, NJ 08226 <2200-000 Trustee Expenses> , 200 | Administrative 08/16/24 | | $37.48 $37.48 | $0.00 | $37.48 |

# Exhibit C

## Analysis of Claims Register

### Case: 23-13585-AMC MICHELE LEIGH BOYLES AND DAVID LEE BOYLES

Claims Bar Date: 05/09/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Citizens Bank N.A. One Citizens Bank Way Mailstop JCA115 Johnston, RI 02919 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 11/30/23 | | $8,455.12 $8,455.12 | $0.00 | $8,455.12 |
| 3 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 01/09/24 | | $2,049.21 $2,049.21 | $0.00 | $2,049.21 |
| 4 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 02/06/24 | | $9,157.30 $9,157.30 | $0.00 | $9,157.30 |
| 5 | Citizens Firstmark Services PO Box 82522 Lincoln, NE 68508 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 02/13/24 | | $15,055.51 $15,055.51 | $0.00 | $15,055.51 |
| 6 | Citizens Firstmark Services PO Box 82522 Lincoln, NE 68508 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid | Unsecured 02/13/24 | | $20,635.79 $20,635.79 | $0.00 | $20,635.79 |
| 7 | Citizens Firstmark Services PO Box 82522 Lincoln, NE 68508 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/13/24 | | $15,265.74 $15,265.74 | $0.00 | $15,265.74 |

# Exhibit C

## Analysis of Claims Register

### Case: 23-13585-AMC MICHELE LEIGH BOYLES AND DAVID LEE BOYLES

Claims Bar Date: 05/09/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Valid | | | | | |
| 8 | Citizens<br>Firstmark Services<br>PO Box 82522<br>Lincoln, NE 68508<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/13/24 | | $13,373.03<br>$13,373.03 | $0.00 | $13,373.03 |
| 9 | JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington, DE 19850<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>02/22/24 | | $16,841.25<br>$16,841.25 | $0.00 | $16,841.25 |
| 10 | Wells Fargo Bank, N.A., Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/09/24 | | $5,384.54<br>$5,384.54 | $0.00 | $5,384.54 |
| 11 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/17/24 | | $11,258.30<br>$11,258.30 | $0.00 | $11,258.30 |
| 12 | U.S. Bank NA dba Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH 45201<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>04/30/24 | | $3,106.65<br>$3,106.65 | $0.00 | $3,106.65 |
| 13 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>05/01/24 | | $356.35<br>$356.35 | $0.00 | $356.35 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 23-13585-AMC MICHELE LEIGH BOYLES AND DAVID LEE BOYLES

Claims Bar Date: 05/09/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Cavalry SPV I, LLC<br>P.O. Box 27288<br>Tempe, AZ 85285<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>Valid | Unsecured<br>05/06/24 | | $8,831.43<br>$8,831.43 | $0.00 | $8,831.43 |
| 15 | Synchrony Bank<br>PO Box 4457<br>Houston, TX 77210-4457<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>Valid | Unsecured<br>05/09/24 | | $514.65<br>$514.65 | $0.00 | $514.65 |
| 16 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>Valid | Unsecured<br>05/09/24 | | $6,490.83<br>$6,490.83 | $0.00 | $6,490.83 |

|  |  | Case Total: | $111,568.69 | $175,641.80 |
|---|---|---|---|---|

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-13585-AMC
Case Name:  MICHELE LEIGH BOYLES AND
            DAVID LEE BOYLES
Trustee Name: Christine C. Shubert

**Balance on hand:**  $              90,777.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Citizens Bank N.A. | 101,057.33 | 103,256.76 | 103,256.76 | 0.00 |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $      90,777.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 21,663.08 | 0.00 | 21,663.08 |
| Trustee, Expenses - Christine C. Shubert | 37.48 | 0.00 | 37.48 |
| Other State or Local Taxes (post-petition) - Other State and Local Taxes | 8,311.93 | 8,311.93 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 16,699.50 | 0.00 | 16,699.50 |
| Attorney for Trustee Expenses (Other Firm)  - Karalis, PC | 466.04 | 0.00 | 466.04 |

Total to be paid for chapter 7 administrative expenses:  $      38,866.10
Remaining balance:  $      51,911.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $      51,911.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $    0.00 |
| | Remaining balance: | $    51,911.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,775.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citizens Bank N.A. | 8,455.12 | 0.00 | 3,209.05 |
| 3 | LVNV Funding, LLC | 2,049.21 | 0.00 | 777.76 |
| 4 | LVNV Funding, LLC | 9,157.30 | 0.00 | 3,475.56 |
| 5 | Citizens | 15,055.51 | 0.00 | 5,714.16 |
| 6 | Citizens | 20,635.79 | 0.00 | 7,832.10 |
| 7 | Citizens | 15,265.74 | 0.00 | 5,793.95 |
| 8 | Citizens | 13,373.03 | 0.00 | 5,075.59 |
| 9 | JPMorgan Chase Bank, N.A. | 16,841.25 | 0.00 | 6,391.92 |
| 10 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 5,384.54 | 0.00 | 2,043.65 |
| 11 | Midland Credit Management, Inc. | 11,258.30 | 0.00 | 4,272.97 |
| 12 | U.S. Bank NA dba Elan Financial Services | 3,106.65 | 0.00 | 1,179.10 |
| 13 | Portfolio Recovery Associates, LLC | 356.35 | 0.00 | 135.25 |
| 14 | Cavalry SPV I, LLC | 8,831.43 | 0.00 | 3,351.88 |
| 15 | Synchrony Bank | 514.65 | 0.00 | 195.32 |
| 16 | Portfolio Recovery Associates, LLC | 6,490.83 | 0.00 | 2,463.52 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $    51,911.78 |
| | Remaining balance: | $    0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)